**UNITED STATES BANKRUPTCY COURT**

**IN RE:**

Rocshema Presley-Smith

**Debtor(s)**

**CHAPTER:** 13

**CASE NO.** 26-13990

**CERTIFICATION OF NO PAYMENT ADVICES**
**PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

I, Rocshema Presley-Smith, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

- ☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- ☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- ☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.
- ☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- ☑ I did not receive payment advices due to factors other than those listed above. (Please explain)
  I receive government assistance each month as a foster parent.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 10/26/26

Rocshema Presley-Smith (Oct 26, 2026 14:40:50 EDT)

Debtor

# No Pay Advice Form

Final Audit Report 2026-10-26

| | |
|---|---|
| Created: | 2026-10-26 |
| By: | Kelly Dane (kelly@casedriver.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArGd_nVKG1eE60S2hORKomHaAEhvfVyqt |

## "No Pay Advice Form" History

Document created by Kelly Dane (kelly@casedriver.com)
2026-10-26 - 6:35:35 PM GMT

Document emailed to Rocshema Presley-Smith (rocshema@yahoo.com) for signature
2026-10-26 - 6:35:39 PM GMT

Email viewed by Rocshema Presley-Smith (rocshema@yahoo.com)
2026-10-26 - 6:38:56 PM GMT

Document e-signed by Rocshema Presley-Smith (rocshema@yahoo.com)
Signature Date: 2026-10-26 - 6:40:50 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-10-26 - 6:40:50 PM GMT